AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF<br>AN ACTION REGARDING A PATENT<br>OR TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court    Western District of Texas - Waco Division    on the following

☐ Trademarks or    ☒ Patents. (  ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>6:19-cv-00708 | DATE FILED<br>12-13-2019 | U.S. DISTRICT COURT<br>Western District of Texas - Waco Division |
|---|---|---|
| PLAINTIFF<br><br>Onstream Media Corporation | | DEFENDANT<br><br>Facebook, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 9,161,068 | 10-13-2015 | Onstream Media Corporation |
| 2 | 9,467,728 | 10-11-2016 | |
| 3 | 10,038,930 | 7-31-2018 | |
| 4 | 10,200,648 | 2-5-2019 | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy