UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **ONSTREAM MEDIA CORPORATION,**<br><br>Plaintiff<br><br>v.<br><br>**FACEBOOK, INC.,**<br><br>Defendant | **Case No. 6:19-cv-00708-ADA**<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER

Plaintiff Onstream Media Corporation, hereby moves for an extension of thirty (30) days for Defendant Facebook, Inc. to answer or otherwise respond to Plaintiff's complaint. The current deadline for Defendant to answer or otherwise respond to the complaint is January 28, 2020. Plaintiff seeks an extension to February 27, 2020 as the new deadline for Defendant to answer or otherwise respond to Plaintiff's complaint. Counsel for Plaintiff has conferred with counsel for Defendant, and the Defendant is unopposed to this motion.

Dated: January 13, 2020　　　　　　　　　Respectfully Submitted

　　　　　　　　　　　　　　　　　　　　*/s/ Raymond W. Mort, III*
　　　　　　　　　　　　　　　　　　　　Raymond W. Mort, III
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 00791308
　　　　　　　　　　　　　　　　　　　　raymort@austinlaw.com

　　　　　　　　　　　　　　　　　　　　**THE MORT LAW FIRM, PLLC**
　　　　　　　　　　　　　　　　　　　　100 Congress Ave, Suite 2000
　　　　　　　　　　　　　　　　　　　　Austin, Texas 78701
　　　　　　　　　　　　　　　　　　　　Tel/Fax: (512) 865-7950

　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**