IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

ONSTREAM MEDIA CORPORATION    §

§

v.    §    CIVIL ACTION NO. 6:19-cv-00708 [ADA]

§

FACEBOOK, INC.    §    JURY TRIAL DEMANDED

**NOTICE OF APPEARANCE OF COUNSEL**
**FOR FACEBOOK, INC.**

Defendant Facebook, Inc. files this Notice of Appearance of Counsel and hereby notifies the

Court that Michael E. Jones of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500,

Tyler, Texas 75702 is appearing as counsel for Defendant Facebook, Inc.  All pleadings, discovery,

correspondence and other material should be served upon counsel at the address referenced above.

Dated:  February 21, 2020      Respectfully submitted,

By: */s/ Michael E. Jones*
     Michael E. Jones
     State Bar No. 10929400
     mikejones@potterminton.com
     POTTER MINTON, P.C.
     110 N. College Ave., Suite 500
     Tyler, Texas 75702
     Tel: (903) 597-8311
     Fax: (903) 593-0846

**ATTORNEY FOR DEFENDANT**
**FACEBOOK, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail per Local Rule CV-5(a)(3) on February 21, 2020.  Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Michael E. Jones*
Michael E. Jones

{A07/09413/0010/W1498812.1 }