# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ONSTREAM MEDIA CORPORATION, | ) |
| Plaintiff, | ) Case No. 6:19-cv-00708-ADA |
| v. | ) |
| FACEBOOK, INC., | ) **JURY TRIAL DEMANDED** |
| Defendant. | ) |

## UNOPPOSED MOTION TO TRANSFER VENUE TO AUSTIN DIVISION

The above-captioned action was filed by Plaintiff Onstream Media Corporation ("Onstream") against Defendant Facebook, Inc. ("Facebook") in the United States District Court for the Western District of Texas, Waco Division on December 13, 2019. Onstream alleges that certain accused Facebook products infringe U.S. Patent Nos. 9,161,068; 9,467,728; 10,038,930; and 10,200,648.

Pursuant to 28 U.S.C. § 1404(b), Facebook requests the entry of an Order transferring the above-captioned action to the United States District Court for the Western District of Texas, Austin Division, for the convenience of the parties and witnesses and in the interest of justice. Facebook requests that an Order be entered directing the Clerk of Court to transfer the above-captioned case to the Austin Division, but to remain on the docket of United States District Judge Alan D. Albright. Onstream consents to the filing of this unopposed motion.

Date: February 25, 2020                                Respectfully submitted,

*/s/ Michael E. Jones with permission,*
*by Lisa K. Nguyen*
Michael E. Jones (Bar No. 10929400)
POTTER MINTON, P.C.
110 North College, Suite 500,
Tyler, TX 95702
Tel: (903) 525-2239 | Fax: (903) 593-0846

*Of Counsel:*
Lisa K. Nguyen – Lead Counsel (*pro hac vice*)
Douglas E. Lumish (*pro hac vice*)
Richard G. Frenkel (*pro hac vice*)
Clara Wang (*pro hac vice*)
LATHAM & WATKINS, LLP
140 Scott Drive
Menlo Park, California 94025
Tel: (650) 328-4600 | Fax: (650) 463-2600

Kyle A. Virgien (*pro hac vice*)
Allison K. Harms (*pro hac vice*)
LATHAM & WATKINS, LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Tel: (415) 391-0600 | Fax: (415) 395-8095

Tiffany C. Weston (*pro hac vice*)
LATHAM & WATKINS, LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200 | Fax: (202) 637-2201

*Attorneys for Defendant Facebook, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail per Local Rule CV-5(a)(3) on February 25, 2020. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Michael E. Jones*
Michael E. Jones